THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Gary J. Moody,       
Appellant.
 
 
 

Appeal From Horry County
J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2004-UP-213
Submitted January 29, 2004  Filed 
 March 29, 2004

AFFIRMED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 and Assistant Attorney General David Spencer, all of Columbia; and Solicitor 
 John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Gary J. Moody appeals from 
 his conviction and sentence for second-degree criminal sexual conduct with a 
 minor.  He contends the trial court erred in refusing to hold a pre-trial hearing 
 to determine if interview tactics and adult influences could have tainted the 
 child victims testimony.  We find Moodys argument is so conclusory that it 
 has been abandoned.  We therefore decline to address the merits of the issue.  
 State v. Jones, 344 S.C. 48, 58, 543 S.E.2d 541, 546 (2001).
AFFIRMED. [1] 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
 [1] Because oral argument would not aid the court 
 in resolving the issue raised by Moody, we decide this case without oral argument 
 pursuant to Rule 215, SCACR.